IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID LEYVA and JOHNY GOMEZ, as Co-Personal Representatives
of THE ESTATE OF TERESA GOMEZ; JOHNY GOMEZ,
on behalf of his daughter, R.G.; VALERIE GOMEZ, on behalf of
her daughter, A.C.; BERTHA LOZANO, and
JERIMIAH GOMEZ,

    Plaintiffs,

v.                                                      Case No. 2:23-cv-00952-GBW-JHR

CITY OF LAS CRUCES,
LAS CRUCES POLICE OFFICER FELIPE HERNANDEZ,
in his individual and official capacity,
INTERIM POLICE CHIEF JEREMY STORY,
CHIEF MIGUEL DOMINGUEZ,
and DEPUTY CHIEF SEAN MULLEN, in their official capacities,

    Defendants.

### STIPULATION OF DISMISSAL OF INDIVIDUAL DEFENDANTS FELIPE HERNANDEZ, JEREMY STORY, MIGUEL DOMINGUEZ AND SEAN MULLEN

Plaintiffs, David Leyva and Johny Gomez, as Co-Personal Representatives of the Estate of Teresa Gomez, Johny Gomez, on behalf of his daughter, R.G., Valerie Gomez, on behalf of her daughter, A.C., Bertha Lozano, and Jerimiah Gomez, through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), voluntarily agree to the dismissal of all federal and state law claims Plaintiffs brought or could have brought against Defendants Las Cruces Police Department Officer Felipe Hernandez, in his individual and official capacity, Interim Police Chief Jeremy Story, Chief Miguel Dominguez, and Deputy Chief Sean Mullen, in their official capacities with prejudice.

Defendants concur with this stipulation.

Respectfully submitted,

**THE KENNEDY LAW FIRM, P.C.**

By:    */s/ Joseph P. Kennedy*
Joseph P. Kennedy
Shannon L. Kennedy
P.O. Box 26776
Albuquerque, NM 87125-6776
Phone: (505) 244-1400
Fax: (505) 244-1406
slk@civilrightslaw.com
jpk@civilrightslaw.com
*Attorneys for Plaintiffs*

I hereby certify that the foregoing was electronically filed through the CM/ECF on this 27th day of March, 2025, which will cause service to the following:

Luis Robles
Samuel C. DeFillippo
Robles, Rael & Anaya, P.C.
20 First Plaza Ctr. NW, Suite 500
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com
chris@roblesrael.com
*Attorneys for City Defendants*

Daniel H. Hernandez
RAY │PEÑA │McCHRISTIAN, P.C.
A Professional Corporation
5822 Cromo Drive
El Paso, Texas 79912
(915) 832-7200
(915) 832-7333 – Facsimile
dhernandez@raylaw.com
*Attorney for Felipe Hernandez*


*/s/ Joseph P. Kennedy*
Joseph P. Kennedy